# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal No. 16-20378
                                         Hon. Matthew F. Leitman

v.

DAMARIO MANDELL WILLIAMS,
       a/k/a "RIO,"

       Defendant.
_____/

## ORDER TO SEAL

The government, having moved to seal its response to Defendant's Motion for Revocation of Order of Detention be received by the Court, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the government's response to Defendant's Motion for Revocation of Order of Detention be received under seal and remain sealed under further Order of this Court.

The government asks that this response be received under seal to protect the privacy and dignity of the victims, as well as to protect witnesses against Defendant.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2016, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda  
                                              Case Manager  
                                              (313) 234-5113