UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEMARIO WILLIAMS,

        Defendant.

_____/

Case No. 16-20378
Hon. Matthew F. Leitman

## ORDER FOR PRODUCTION OF DEFENDANT'S RECORDS

Upon Defendant's request:

**IT IS HEREBY ORDERED** that the custodians of records at the following organizations release any and all medical/mental health/education records of Demario Williams, aka Gabriel McCullum, Jr. to his attorneys, the Federal Defender Office:

Kingswood Hospital, Ferndale, Michigan;

Starr Vista/Commonwealth, Detroit, Michigan;

Detroit Public Schools, Detroit, Michigan; and

Northeast Guidance Center, Detroit, Michigan.

**IT IS SO ORDERED.**

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 18, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2016, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                      Case Manager
                                                      (313) 234-5113