UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 16-cr-20378
Hon. Matthew F. Leitman

v.

DEMARIO MANDELL WILLIAMS,

    Defendant.

_____/

**ORDER DENYING MOTION FOR REVOCATION
OF DETENTION ORDER (ECF #18)**

On June 14, 2016, Defendant Demario Williams filed a motion for revocation of the Court's detention order (the "Motion"). (*See* ECF #18). The Court held hearings on the Motion on June 30, 2016, and August 3, 2016. For the reasons stated on the record at the August 3, 2016, hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                                /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2016, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113