UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 16-cr-20378
                                Hon. Matthew F. Leitman

DAMARIO MANDELL WILLIAMS,

    Defendant.

_____/

## ORDER TERMINATING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 45) AS MOOT

On August 25, 2020, Defendant Damario Mandell Williams filed a motion for compassionate release. (*See* Mot., ECF No. 45.) The Court has now been informed that Williams has been released from custody. Accordingly, the Court **TERMINATES** Williams' motion for compassionate release without prejudice.

**IT IS SO ORDERED**.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764