UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 16-cr-20378
    Hon. Matthew F. Leitman

DEMARIO MANDELL WILLIAMS,

    Defendant.
_____/

## ORDER RELEASING DEFENDANT FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant Demario Williams shall be released from custody at this time. Upon his release, he shall reside at the address stated on the record on August 16, 2022, until he is directed by the United States Bureau of Prisons ("BOP") to report to a Residential Re-entry Center ("RRC"). He shall report to his assigned RRC as directed by the BOP.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 16, 2022

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 16, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126