MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

WILLIAMS, Damario Mandell                     Crim. No.:  16CR20378-01

On 01/21/2022 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 08/16/2022, and the Court made the following findings:

  X    Guilty of violating conditions of supervision.  The following special condition of supervision is added.

"You must reside in a Residential Reentry Center (RRC) for 90 days. You must follow the rules and regulations of the center. Subsistence is waived."

Respectfully submitted,

s/Corey D. Elder  
Senior United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 17th Day of August, 2022.

s/Matthew F. Leitman  
Matthew F. Leitman  
United States District Judge