MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

WILLIAMS, Damario Mandell             Crim. No.: 16CR20378-01

On 09/09/2022 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation of supervision. The issue of the violation was heard in Court on 02/09/2023, and the Court made the following finding:

  X   Guilty of violating a condition of supervision. The following sentence was passed.

Supervised release is continued with all reporting and drug testing suspended. WILLIAMS must provide the probation department with proof of employment and a valid phone number.

Respectfully submitted,

s/Corey D. Elder  
Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 10th Day of February, 2023.

s/Matthew F. Leitman  
Honorable Matthew F. Leitman  
United States District Judge